

# JUDGE MARC CARTER
## 228TH JUDICIAL DISTRICT COURT



RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

Oct. 2, 2015

Coy Wayne Wesbrook
TDCJ # 00999281
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Dear Mr. Wesbrook:

Pursuant to Texas Code of Criminal Procedure art. 43.141, enclosed is a copy of the trial court's Order setting the execution of Coy Wayne Wesbrook for March 9, 2016.

HON. MARC CARTER
Presiding Judge
228TH District Court
Harris County, Texas

cc:   Joni White
      Assistant Director
      Classifications & Records Division
      TDCJ – ID
      P. O. Box 99
      Huntsville, Texas  77342-0099

      Abel Acosta
      Clerk
      Court of Criminal Appeals
      P. O. Box 12308
      Capitol Station
      Austin, Texas  78711

      Maria Ramirez
      Board of Pardons & Paroles
      Executive Clemency Unit
      8610 Shoal Creek
      Austin, Texas  78758

      Office of Capital Writs
      1700 N. Congress Ave., Ste. 460
      Austin, TX 78701

      Ellen Stewart-Klein
      Assistant Attorney General
      Attorney General's Office
      209 W. 14TH Street
      Austin, Texas  78701

      Don Vernay
      Attorney at Law
      1604 Golf Course Road SE
      Rio Rancho NM 87124

      Lynn Hardaway
      Assistant District Attorney
      Harris County Dist. Atty.
      1201 Franklin Street
      Houston, Texas  77002

      Joshua Reiss
      Harris County Dist. Atty.
      1201 Franklin Street
      Houston, Texas 77002

1201 Franklin. 16th Floor • Houston, Texas 77002 • 713-755-6650 • Fax 713-368-9178

CAUSE NO. 0768395

STATE OF TEXAS                    §        IN THE 228th DISTRICT COURT

V.                                §        OF

COY WAYNE WESBROOK                 §        HARRIS COUNTY, TEXAS

## EXECUTION ORDER

This Court, having received the mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 0768395-A, now enters the following Order:

IT IS HEREBY **ORDERED** that the Defendant, COY WAYNE WESBROOK, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas until **Wednesday, the 9th day of March, 2016**, upon which day, at the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said COY WAYNE WESBROOK and until the said COY WAYNE WESBROOK is dead, such procedure to be determined and supervised by the said Director of the Correctional Institutions Division of the

1

Texas Department of Criminal Justice.

IT IS HEREBY **ORDERED** that the Clerk of the Court shall send a copy of the Death Warrant in cause no. 0768395 to the following: Mr. Don Vernay, 1604 Golf Course Road SE, Rio Rancho, NM 87124; Mr. Joshua Reiss, Assistant District Attorney, Harris County District Attorney, 1201 Franklin Street, Suite 600, Houston, TX 77002; and, Office of Capital Writs, 1700 N. Congress Ave., Suite 460, Austin, TX 78701.

IT IS FURTHER **ORDERED** that the Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said COY WAYNE WESBROOK.

IT IS FURTHER **ORDERED** that the Sheriff of Harris County, upon receipt of said Death Warrant, is to deliver said Death Warrant to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas and shall take receipt of said Death Warrant and return the receipt to the Clerk of this Court.

SIGNED AND ENTERED this 2ND day of OCTOBER, 2015.

HON. MARC CARTER
Presiding Judge
228TH District Court
Harris County, Texas

2

CAUSE NO. 0768395

| STATE OF TEXAS | § | IN THE 228th DISTRICT COURT |
| V. | § | OF |
| COY WAYNE WESBROOK | § | HARRIS COUNTY, TEXAS |

## EXECUTION ORDER

This Court, having received the mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 0768395-A, now enters the following Order:

IT IS HEREBY **ORDERED** that the Defendant, COY WAYNE WESBROOK, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas until **Wednesday, the 9th day of March, 2016**, upon which day, at the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said COY WAYNE WESBROOK and until the said COY WAYNE WESBROOK is dead, such procedure to be determined and supervised by the said Director of the Correctional Institutions Division of the

1

Texas Department of Criminal Justice.

IT IS HEREBY **ORDERED** that the Clerk of the Court shall send a copy of the Death Warrant in cause no. 0768395 to the following: Mr. Don Vernay, 1604 Golf Course Road SE, Rio Rancho, NM 87124; Mr. Joshua Reiss, Assistant District Attorney, Harris County District Attorney, 1201 Franklin Street, Suite 600, Houston, TX 77002; and, Office of Capital Writs, 1700 N. Congress Ave., Suite 460, Austin, TX 78701.

IT IS FURTHER **ORDERED** that the Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said COY WAYNE WESBROOK.

IT IS FURTHER **ORDERED** that the Sheriff of Harris County, upon receipt of said Death Warrant, is to deliver said Death Warrant to the Director of the Texas Department of Criminal Justice – Correctional Institutions Division at Huntsville, Texas and shall take receipt of said Death Warrant and return the receipt to the Clerk of this Court.

SIGNED AND ENTERED this _2ND_ day of _OCTOBER_, 2015.

HON. MARC CARTER
Presiding Judge
228TH District Court
Harris County, Texas

2